**Order entered July 27, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00539-CR

**ROBERT ALEX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-61271-V**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On July 16, 2015, court reporter Peri Wood filed a request for forty-five extension of time to file the record. Because the appeal was abated and Ms. Wood did not tender the record with the extension request, we took no action on it at that time. Ms. Wood filed the reporter's record on July 24, 2015. Therefore, in the interest of expediting the appeal, we **VACATE** the July 10, 2015 order requiring findings.

We **DENY** as moot Ms. Wood's July 16, 2015 request for an extension of time to file the record.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/  LANA MYERS
    JUSTICE